

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2020

No. 04-19-00784-CV

**KARGES-FAULCONBRIDGE, INC.,**
Appellant

v.

Keath **GARRISON** and Kassie Garrison, Individually and as Next Friends of Karrah Garrison and Mayvie Garrison, Minor Children; Haela Garrison; Ernest D. Copelin, Individually and as Representative of the Estate of Roper T. Nathon Copelin, Deceased; Tangela M. Copelin; Texas Mutual Insurance Company, as Subrogee of Keath Garrison and Roper T. Nathan Copelin, Deceased,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00853
Honorable Laura Salinas, Judge Presiding

## O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

The motion for rehearing filed by appellant Karges-Faulconbridge, Inc. is granted. We order this appeal reinstated onto the active docket of this court. We further order appellant's brief due February 13, 2020.

It is so **ORDERED** on this 14th day of January, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

